# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH H. CAUFIELD,<br><br>        Petitioner,<br><br>    v.<br><br>J. SOLIS (Warden),<br><br>        Respondent. | Case No. CV 04-223 SVW (CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:   March 2, 2011

                                          STEPHEN V. WILSON
                                  United States District Judge